### 17547. HOWARD *v.* CITY OF MACON.

BROYLES, C. J. There was evidence to authorize the defendant's conviction in the recorder's court of violating a city ordinance making it unlawful to permit a minor to enter or remain in a pool-room; no error of law is shown to have been committed, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Certiorari; from Bibb superior court—Judge Malcolm D. Jones. May 21, 1926.

*Earl W. Butler,* for plaintiff in error.

*Harry S. Strozier, Grady Gillon,* contra.